UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/22/2019

| | |
|---|---|
| THE HURRY FAMILY REVOCABLE TRUST; ALPINE SECURITIES CORPORATION; and SCOTTSDALE CAPITAL ADVISORS CORPORATION<br><br>Plaintiffs,<br><br>vs.<br><br>CHRISTOPHER FRANKEL<br><br>Defendant. | Case No. 1:19-mc-00498-AT<br><br>(M.D. Fla. Case No. 8:18-cv-02869) |

**ORDER RE STIPULATION TO TRANSFER ACTION TO THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA**

Upon consideration of Plaintiffs The Hurry Family Revocable Trust, Alpine Securities Corporation, and Scottsdale Capital Advisors (collectively, "Plaintiffs") and third party Vision Financial Markets, LLC's ("Vision") Stipulation to Transfer Action to the U.S. District Court for the Middle District of Florida, the Court's records and files of the case, and for good cause shown, the Court hereby orders as follows:

1. The Stipulation is GRANTED;

2. This action shall be transferred to the U.S. District Court for the Middle District of Florida.

3. Vision's deadline to respond Plaintiffs' Motion to Compel shall be the later of: two weeks after this action is transferred to the U.S. District Court for the Middle District of Florida; or December 13, 2019.

{00104784;1}

4. Nothing in this Order, the parties' Stipulation, or the fact of the parties' consent to transfer, shall be construed as a waiver of any legal or factual argument or position relating to this case.

IT IS SO ORDERED.

Dated: November 22, 2019
New York, New York

_____
ANALISA TORRES
United States District Judge